BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93720
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CV-02050-BAM |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE;** |
| v. | **ORDER** |
| APPROXIMATELY $37,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Courts finds:

1. This is a civil forfeiture action against the Defendant Approximately $37,000.00 in U.S. Currency (hereafter "Defendant Currency") seized on or about July 21, 2014.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on December 22, 2014, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On January 5, 2015, the Clerk issued a Warrant for Arrest for the Defendant Currency. The warrant for the Defendant Currency was duly executed on January 7, 2015.

4. Beginning on December 31, 2014, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Curstan Stiff

    b. Yan E. Shrayberman, attorney

6. On January 8, 2015, Curstan Stiff ("Claimant") filed his claim to the Defendant Currency and answer to the complaint. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Curstan Stiff and all other potential claimants.

3. Upon entry of this Final Judgment of Forfeiture herein, $10,400.00 of the Defendant Approximately $37,000.00 in U.S. Currency, together with any interest that has accrued on the entire $37,000.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $26,600.00 of the Defendant Approximately $37,000.00 in U.S. Currency shall be returned to Claimant through his attorney Yan E. Shrayberman, P.O. Box 506, Fresno, California 93709, telephone (559) 779-2315.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as

well as to those now known or disclosed. Claimant agreed to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on December 22, 2014, the Court finds that there was probable cause for the arrest and seizure of the Defendant Currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties shall bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of the Stipulation for Final Judgment of Forfeiture and this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: **January 4, 2016**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed December 22, 2014, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **January 4, 2016**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE